Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE BARNEY, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NOVA LIFESTYLE, INC., THANH H. LAM, YA MING WONG, JEFFERY CHUANG, and YUEN CHING HO, <br><br> Defendants. | No. 2:18-cv-10725-TJH(AFMx) <br><br> CLASS ACTION <br><br> **NOTICE OF RENEWED MOTION AND RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** <br><br> Date: May 1, 2023 <br> Time: UNDER SUBMISSION <br> Courtroom: 9B <br> Judge: Terry J. Hatter Jr. |

PLEASE TAKE NOTICE that on May 1, 2023, or such date as determined by the Court, the Honorable Terry J. Hatter Jr. of the United States District Court for the Central District of California, 350 West First Street, Courtroom 9B, 9th Floor, Los Angeles, California, 90012, Lead Plaintiffs Richard Deutner and ITENT EDV Dienstleistungs GmbH ("Plaintiffs") will move the Court for an order: (1) preliminarily certifying the Settlement Class for the purposes of

1

NOTICE OF RENEWED MOTION AND RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; No. 2:18-cv-10725-TJH(AFMx)

1  settlement; (2) preliminarily approving the terms of the Settlement as set forth in
2  the Renewed Stipulation of Settlement ("Stipulation"), filed concurrently
3  herewith; (3) approving the form and method for providing notice of the
4  Settlement; and (4) scheduling a Settlement Hearing and deadlines for the
5  dissemination of the Notice, the filing of Settlement Class Member objections,
6  the filing of Settlement Class Member opt-out notices, the filing of Lead
7  Plaintiffs' motion for Final Approval of the Settlement and the filing of the
8  motion for attorneys' fees and expenses.

9  This motion is based upon the Memorandum of Points and Authorities in
10 Support of the Renewed Motion for Preliminary Approval, the Stipulation and all
11 exhibits attached thereto, the Declaration of Laurence M. Rosen and all exhibits
12 attached thereto, all records and papers on file in this action, and any argument
13 offered at a hearing on this motion.

Dated: March 31, 2023  **THE ROSEN LAW FIRM, P.A.**

 */s/Laurence M. Rosen*
Laurence M. Rosen
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

and

Phillip Kim (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

*Lead Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows: I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On March 31, 2023, I electronically filed the following **NOTICE OF RENEWED MOTION AND RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on March 31, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/Laurence M. Rosen*
　　　　　　　　　　　　　　　　　　　　　　　　Laurence M. Rosen

3

NOTICE OF RENEWED MOTION AND RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT; No. 2:18-cv-10725-TJH(AFMx)