Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE BARNEY, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> NOVA LIFESTYLE, INC., THANH H. LAM, YA MING WONG, JEFFERY CHUANG, and YUEN CHING HO, <br><br> Defendants. | No. 2:18-cv-10725-TJH(AFMx) <br><br> **NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT, PLAN OF ALLOCATION, AND FINAL CERTIFICATION OF SETTLEMENT CLASS** <br><br> <u>CLASS ACTION</u> <br><br> Date: November 6, 2023 <br> Time: 10:00 a.m. <br> Courtroom: 9B <br> Judge: Terry J. Hatter Jr. |

- 1 -
NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT, PLAN OF ALLOCATION, AND FINAL CERTIFICATION OF SETTLEMENT CLASS; 2:18-cv-10725-TJH(AFMx)

1    **PLEASE TAKE NOTICE** that pursuant to the Order Granting Motion for Preliminary Approval [87], entered on July 10, 2023 (Dkt. No. 93) and the July 13, 2023 Order setting the Settlement Hearing (Dkt. No. 95), on November 6, 2023 at 10:00 a.m., before the Honorable Terry J. Hatter, United States District Judge for the Central District of California, 350 W. 1st Street, Courtroom 9C, 9th Floor, Los Angeles, California 90012, Lead Plaintiffs Richard Deutner and ITENT EDV Dienstleistungs GmbH ("Plaintiffs") will and hereby do move this Court for entry of an order granting final: (i) certification of the proposed Settlement Class for settlement purposes only; (ii) approval of the proposed Settlement and the Plan of Allocation; and (iii) approval of the form, manner, and content of the notice of the Settlement that was delivered to the Settlement Class.

Plaintiffs base this motion upon the Memorandum of Points and Authorities in Support of Motion for Final Approval of Settlement and Plan of Allocation, and Final Certification of Settlement Class, the Declaration of Phillip Kim and all exhibits attached thereto, all records and papers on file in this action, and any argument offered at a hearing on this motion.

The [Proposed] Order and Final Judgment, previously filed as Exhibit B to the Stipulation (Dkt. No. 86-6), is submitted herewith.

Dated: October 6, 2023              **THE ROSEN LAW FIRM, P.A.**

By: */s/ Phillip Kim*
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Phillip Kim (*pro hac vice*)
275 Madison Avenue, 40th Floor

New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

*Lead Counsel for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

I, Phillip Kim, hereby declare under penalty of perjury as follows:

I am a Partner at The Rosen Law Firm, P.A., with offices at 275 Madison Avenue, 40th Floor, New York, NY 10016. I am over the age of eighteen.

On October 6, 2023, I electronically filed the foregoing NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT, PLAN OF ALLOCATION, AND FINAL CERTIFICATION OF SETTLEMENT CLASS with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on October 6, 2023.

                               */s/Phillip Kim*

- 4 -

NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT, PLAN OF ALLOCATION, AND FINAL CERTIFICATION OF SETTLEMENT CLASS; 2:18-cv-10725-TJH(AFMx)