1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE BARNEY, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NOVA LIFESTYLE, INC., THANH H. LAM, YA MING WONG, JEFFERY CHUANG, and YUEN CHING HO,<br><br>Defendants. | No. 2:18-cv-10725-TJH(AFMx)<br><br><u>CLASS ACTION</u><br><br>**ORDER AWARDING ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES** [98]<br><br>Hon. Terry J. Hatter, Jr. |

WHEREAS, the Court has granted final approval of the Settlement of the above-referenced class action;

WHEREAS, The Rosen Law Firm, P.A. ("Rosen Law"), Court-appointed Lead Counsel for purposes of the Settlement, have petitioned the Court for an award of attorneys' fees in compensation for services provided to Lead Plaintiffs Richard Deutner and ITENT EDV Dienstleistungs GmbH ("Plaintiffs") and the Settlement Class along with reimbursement of expenses incurred in connection with prosecuting this action, and Award to Plaintiffs, to be paid out of the Settlement Fund established pursuant to the Settlement;

WHEREAS, capitalized terms used herein having the meanings defined in the Renewed Stipulation of Settlement, filed on March 31, 2023 ("Stipulation") (Dkt. No. 86); and

WHEREAS, the Court has reviewed the fee application and the supporting materials filed therewith, and due consideration having been had thereon.

NOW, THEREFORE, it is hereby ordered:

1. Rosen Law is awarded 25% of the Settlement Fund, or $187,500, as attorneys' fees in this action, together with a proportionate share of the interest earned on the fund, at the same rate as earned by the balance of the fund, from the date of the establishment of the fund to the date of payment.

2. Lead Counsel shall be awarded expenses in the amount of $63,994.79, with interest, as described above.

3. Plaintiffs shall each be awarded $3,500, or $7,000 in total, as reimbursement for their lost time and expenses in connection with their prosecution of the Action.

.

4. Except as otherwise provided herein, the attorneys' fees, reimbursement of expenses, and Award to Plaintiffs shall be paid in the manner and procedure provided for in the Stipulation.

**IT IS SO ORDERED.**

Dated: JANUARY 30, 2023

_Terry J. Hatter, Jr._
HON. TERRY J. HATTER, JR
UNITED STATES DISTRICT JUDGE